# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID M. GILBERT**                                                                                    **PLAINTIFF**

v.                              Case No. 4:21-cv-00792-KGB

**ALLEN ESTES, Deputy, Stone County**
**Sheriff's Office,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 11). Plaintiff David M. Gilbert has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court strikes Mr. Gilbert's complaint from the record (Dkt. No. 2). The Court denies as moot Mr. Gilbert's motion for leave to proceed *in forma pauperis* (Dkt. No. 9). The Court dismisses this action without prejudice pursuant to Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.

It is so ordered this 1st day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge