IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID GILBERT,**                                                                                           **PLAINTIFF**

v.                                 Case No. 4:21-cv-00792-KGB

**ALLEN ESTES, Deputy, Stone County
Sheriff's Office,** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff David Gilbert's complaint is stricken from the record (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 1st day of August, 2022.

                                                                                         Kristine G. Baker
                                                                                        United States District Judge